**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:11CR424** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **FERMIN ALTAMIRANO-RAMIREZ,** | ) | |
| **SALVADOR MARTINEZ-TOMAS,** | ) | |
| **FELICIANO MARTINEZ-TOMAS,** | ) | |
| **MANUEL HERNANDEZ-RAMIREZ and** | ) | |
| **JUAN CARLOS GARCIA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the oral motions of each of the defendants for an extension of the pretrial motion deadline. The motion was made during the arraignments on the Indictment on December 21, 2011. The government had no objection to the motions. Each defendant acknowledged the additional time needed for his motion would be excluded under the calculations under the Speedy Trial Act. The oral motions were granted.

**IT IS ORDERED:**

1.      The defendants' motions for an extension of time to file pretrial motions are granted. Each defendant shall have **to on or before February 2, 2012**, in which to file pretrial motions in accordance with the progression order.

2.      The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising as a result of the granting of the motions, i.e., the time between **December 21, 2011, and February 2, 2012**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 21st day of December, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge